UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA WHITE-RUSHIDDIN, Administrator of the ESTATE OF K. MUHAMMAD; HAROLD V. MOORE JR.<br><br>Plaintiffs,<br><br>v.<br><br>ESTATE OF AFENI SHAKUR; INTERSCOPE RECORDS, INC.; SONGS OF UNIVERSAL, INC.; AMARU ENTERTAINMENT, INC.<br><br>Defendants. | **CASE NO. 2:25-cv-02540-JLS-JPR**<br><br>**ORDER GRANTING JOINT STIPULATION TO FILE SECOND AMENDED COMPLAINT (Doc. 33)** |

1 | Having reviewed the parties' Joint Stipulation Re Filing Second Amended Complaint (Doc. 33), and finding good cause thereon, the Court hereby GRANTS Plaintiff leave to file her Second Amended Complaint, **which shall be filed no later than January 16, 2026**. Defendants are GRANTED **21 days** to respond to Plaintiff's Second Amended Complaint.

DATED: January 13, 2026

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE