UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:25-cv-02540-JLS-JPR                                           Date: February 24, 2026
Title:  Estate of Khallid Muhammad et al v. Tupac Shakur Estate et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:  (IN CHAMBERS)  ORDER RE OPPOSITION TO MOTION TO INTERVENE (Doc. 40)**

On February 6, 2026, Plaintiff Estate of Khallid Muhammad filed its Opposition to the Motion to Intervene filed by Khalfani Amin Rushiddin.  Upon reviewing the Opposition, the Court identified cases that were misquoted, or that the Court was unable to locate entirely.  Among the cases the Court could not locate were:

- *In re Estate of Prince Rogers Nelson*, 2018 WL 4859737 (D. Minn. Oct. 5, 2018).
- *Gonzalez v. Nationstar Mortg. LLC*, 2020 WL 7029510 (D. Nev. Nov. 30, 2020).

Plaintiff is ORDERED to identify the cases at these citations.  If they are a result of a typographical error, Plaintiff shall provide updated citations.  If Plaintiff used Artificial Intelligence to draft its Opposition, it is required to disclose that to the Court.  Plaintiff shall respond to this Order no later than **March 4, 2026**.

Initials of Deputy Clerk: kd