UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 2:25-cv-02540-JLS-JPR                                     Date: February 26, 2026
Title:  Estate of Khallid Muhammad et al v. Tupac Shakur Estate et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:   (IN CHAMBERS)  ORDER REQUIRING PLAINTIFFS TO APPEAR AND SHOW CAUSE AS TO WHY SANCTIONS SHOULD NOT BE IMPOSED**

On February 24, 2026, the Court issued an Order Regarding Plaintiffs' Opposition to the then-pending Motion to Intervene.  (Doc. 46.)  In the Order, the Court required Plaintiffs to provide explanation for citations to non-existent authority, and to disclose any use of Artificial Intelligence to the Court.  On February 25, 2026, Plaintiffs responded.

In their response, Plaintiffs state that one of the Court's identified citations refers not to the federal case cited, which does not seem to exist, but to an appeal in a Minnesota state court probate proceeding.  And while Plaintiffs' opposition brief claimed that the case "denied intervention where movants lacked legal title," a review of the state case reflects that it had nothing to do with intervention. Plaintiffs do not acknowledge that in their response but instead continue to claim that the state case is somehow relevant to the proceedings here.  Plaintiffs' response further confirms that the other citation "does not correspond to any publicly-retrievable decision." (Response at 2, Doc. 49.)  Plaintiffs did not disclose any use of Artificial Intelligence in drafting their Opposition.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 2:25-cv-02540-JLS-JPR                                    Date: February 26, 2026
Title:  Estate of Khallid Muhammad et al v. Tupac Shakur Estate et al

Having reviewed Plaintiffs' response, the Court finds it both vague and deficient. Plaintiffs are ORDERED TO APPEAR on **March 6, 2026 at 10:30am** in Courtroom 8A to show cause as to why they should not be sanctioned for providing non-existent case citations to the Court. Defendants may, but are not required to, appear at the hearing.

Initials of Deputy Clerk: kd