UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:25-cv-02540-JLS-DMK                                    Date: May 07, 2026
Title:  Estate of Khallid Muhammad et al v. Tupac Shakur Estate et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|:---:|:---:|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|:---:|:---:|
| Not Present | Not Present |

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE AS TO WHY FURTHER SANCTIONS SHOULD NOT ISSUE**

On March 6, 2026, the Court ordered sanctions in the amount of $750 against Plaintiff's attorney Malik Shabazz.  (Doc. 56.)  The sanctions were due to be paid within ten days of the Court's order, after which Counsel was required to e-file a notice of compliance.  (*Id.*)  To date, Counsel has not submitted payment for the $750, nor filed the required notice of compliance.  Accordingly, Counsel is ORDERED TO SHOW CAUSE, in writing, as to why the Court should not issue further sanctions, up to and including the dismissal of this action and reference to the state bar, within **seven (7) days** of this order. Alternatively, within that same time frame, Counsel may pay the required sanctions and file the required notice in lieu of filing a response.

Initials of Deputy Clerk: kd